IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIV. ACTION NO. 3:14-cv-00314-MOC-DSC

| | |
|---|---|
| PAIGE RHODES, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| MUNICIPAL EMERGENCY ) | |
| SERVICES, INC., et.al. ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion, on Shortened Time, to Stay Proceedings on Defendant's Motion to Dismiss Pending Resolution of Motion to Remand," Doc. 3, filed on July 9, 2014.

Having reviewed the Motion, the Court will grant in part and deny in part. That is, Plaintiff is granted an extension of time from July 10, 2014 up to and including July 14, 2014 to file her response to Defendant's Motion to Dismiss. If a Motion to Remand is filed by Plaintiff, she may request additional time to respond to Defendant's Motion to Dismiss. The Court denies the Motion to Stay.

**SO ORDERED**.

Signed: July 9, 2014

David S. Cayer
United States Magistrate Judge